**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LISA PARKS                                                                                                        PLAINTIFF

v.                                          No. 3:09CV00103 JLH

COMMUNITY HEALTH SYSTEMS, INC.;
NORTHEAST ARKANSAS BAPTIST
MEMORIAL HEALTH CARE, LLC, d/b/a
NEA MEDICAL CENTER; KEVIN THIELEMIER;
SUSAN SANDERS; and COMMUNITY HEALTH
SYSTEMS PROFESSIONAL SERVICES CORP.                                      DEFENDANTS

**ORDER**

Byron Freeland and Jeffrey L. Spillyards have filed a motion to withdraw as counsel for separate defendants Community Health Systems, Inc., and Community Health Systems Professional Services Corporation. The motion is GRANTED. Document #32. Paul D. Waddell and Matthew Scott Jackson of Barrett & Deacon, P.A., have entered an appearance on behalf of those separate defendants. Mr. Freeland and Mr. Spillyards will continue to represent separate defendants Northeast Arkansas Baptist Memorial Health Care, LLC, d/b/a NEA Medical Center, Kevin Thielemier, and Susan Sanders.

IT IS SO ORDERED this 8th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE