## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LISA PARKS                                                                                                PLAINTIFF

v.                                        No. 3:09CV00103 JLH

COMMUNITY HEALTH SYSTEMS, INC.;
NORTHEAST ARKANSAS BAPTIST
MEMORIAL HEALTH CARE, LLC, d/b/a
NEA MEDICAL CENTER; KEVIN THIELEMIER;
SUSAN SANDERS; and COMMUNITY HEALTH
SYSTEMS PROFESSIONAL SERVICES CORP.                        DEFENDANTS

### ORDER

Plaintiff has filed a response and motion to extend time to respond further to defendants' motion to dismiss. For good cause shown, the motion is GRANTED. Document #30. Plaintiff must file her response to the motion to dismiss on or before November 11, 2009.

IT IS SO ORDERED this 8th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE