**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LISA PARKS                                                                                         PLAINTIFF

v.                                      No. 3:09CV00103 JLH

COMMUNITY HEALTH SYSTEMS, INC.;
NORTHEAST ARKANSAS BAPTIST
MEMORIAL HEALTH CARE, LLC, d/b/a
NEA MEDICAL CENTER; KEVIN THIELEMIER;
SUSAN SANDERS; and COMMUNITY HEALTH
SYSTEMS PROFESSIONAL SERVICES CORP.                                    DEFENDANTS

**ORDER**

Community Health Systems, Inc., has filed a motion to dismiss the claims asserted against it by Lisa Parks on the ground that the Court cannot constitutionally exercise personal jurisdiction over it. Parks has filed a response in which she agrees that Community Health Systems, Inc., should be dismissed but says that Community Health Systems Professional Services Corporation should not be dismissed. No motion to dismiss has been filed on behalf of Community Health Systems Professional Services Corporation.

Without objection, Community Health Systems, Inc.'s motion to dismiss is GRANTED. Document #26. Community Health Systems, Inc., is dismissed for lack of personal jurisdiction.

IT IS SO ORDERED this 17th day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE