**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LISA PARKS                                                                                          PLAINTIFF

v.                                          No. 3:09CV00103 JLH

NORTHEAST ARKANSAS BAPTIST MEMORIAL
HEALTH CARE, LLC, d/b/a NEA MEDICAL CENTER;
KEVIN THIELEMIER; SUSAN SANDERS; and
COMMUNITY HEALTH SYSTEMS PROFESSIONAL
SERVICES CORPORATION                                                               DEFENDANTS

## **ORDER**

Without objection, Community Health Systems Professional Services Corporation's motion for extension of time to file dispositive motions is GRANTED. Document #40. The deadline for filing dispositive motions is extended up to and including December 17, 2009.

IT IS SO ORDERED this 10th day of December, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE