**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LISA PARKS                                                                           PLAINTIFF

v.                                           NO. 3:09CV00103 JLH

NORTHEAST ARKANSAS BAPTIST MEMORIAL
HEALTH CARE, LLC, *et al.*                                            DEFENDANTS

**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court finds that

this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 21st day of January, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE